UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS INDEMNITY CO.,

        Plaintiff,

  v.

WESCO INSURANCE CO.,

        Defendant.

No.  2:20–cv–2252–WBS–KJN

<u>ORDER</u>

    The undersigned hereby disqualifies himself from this action pursuant to 28 U.S.C. § 455. Accordingly, IT IS HEREBY ORDERED that the Clerk of Court refer this case to another available United States Magistrate Judge for any further proceedings which may be appropriate or required.

Dated:  November 13, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

trav.2252