William C. Reeves - 183878
MORALES FIERRO & REEVES
2151 Salvio Street, Suite 280
Concord, CA 94520
Telephone: 925/288-1776
Facsimile: 925/288-1856
Email: wreeves@mfrlegal.com

Attorneys for Plaintiff and Counter-Defendant

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,<br><br>    Plaintiff,<br><br>    vs.<br><br>WESCO INSURANCE COMPANY,<br><br>    Defendant.<br><br>and related counterclaim | Case No.: 2:20-cv-02252-WBS-KJN<br><br>STIPULATION AND ORDER TO DISMISS THE CASE WITH PREJUDICE |

TO THE COURT:

Plaintiff and Counter-Defendant The Travelers Indemnity Company Of Connecticut and Defendant and Counterclaimant Wesco Insurance Company, by and through counsel and in accordance with a settlement reached between the parties, stipulate and agree to the dismissal of this case with prejudice with the parties bearing their own fees and costs.

IT IS SO AGREED.

Dated: March 22, 2021

| MORALES FIERRO & REEVES | NIELSEN KATIBAH |
|---|---|
| By  /s/ William C. Reeves<br>     William C. Reeves<br>     Attorneys for Plaintiff | By  /s/ James Nielsen<br>     James Nielsen<br>     Attorneys for Defendant |

1

The Court, having considered the stipulation of the parties and good cause appearing, orders as follows:

This matter is dismissed with prejudice with the parties bearing their own fees and costs.

Dated:  March 22, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE